IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JONATHAN MALCOLM,**<br>**Plaintiff,**<br><br>v.<br><br>**REGAL IDEAS, INC., et al.,**<br>**Defendants.** | **CIVIL ACTION**<br><br>**NO. 19-239** |

### ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND MOTIONS TO STRIKE

**AND NOW**, this 2nd day of March, 2021, for the reasons stated in the foregoing memorandum, upon consideration of Defendants' Motion for Summary Judgment (ECF 54) and Motions to Strike (ECF 56 & 57) and all responses and replies, it is hereby **ORDERED** that:

Defendants' Motion for Summary Judgment is **DENIED** as to the strict liability claims against Defendants Regal Ideas US and Regal Ideas Canada (Counts Two, Five).

Because of Plaintiff's concessions, the negligence and breach of warranty claims against Regal Ideas US and Regal Ideas Canada are **DISMISSED** (Counts One, Three, Four, Six). Plaintiff also conceded all claims against Defendant Telesteps, which are hereby **DISMISSED** Counts Seven, Eight, Nine).

Defendants' Motions to Strike are **DENIED**.

**BY THIS COURT:**

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-239 Malcolm v REgal Ideas\19cv239 MSJ order.docx