# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JONATHAN MALCOLM, Plaintiff, v. REGAL IDEAS, INC., et al., Defendants. | CIVIL ACTION NO. 19-239 |
|---|---|

# ORDER

Baylson, J.                                                                 July 15, 2021

For the reasons stated in the foregoing Memorandum, Defendant's Motion to Strike and Exclude Wagner and Yarus is **DENIED**, and Plaintiff's Motion to Exclude Ver Halen is **GRANTED IN PART**, with the remainder of issues raised by the Motion to be decided at trial.

BY THE COURT:

/s/ Michael M. Baylson

_____

Michael M. Baylson, U.S.D.J.

o:\civil 19\19-239 malcolm v regal ideas\20210715 daubert order.docx